239 So.2d 362

**READCO INDUSTRIES, INC.**

v.

**MYRMAX SPECIALTIES, INC. and Lyall Rosenfield.**

No. 50782.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

239 So.2d 362

**Betty P. VIGNES**

v.

**John T. VIGNES.**

**John T. VIGNES**

v.

**Betty P. VIGNES.**

No. 50783.

Sept. 30, 1970.

Writ refused. The judgment is correct.